IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEAN OWENS II, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4099 |
| | : | |
| IQ DATA INTERNATIONAL, INC., et al. | : | |

## ORDER

**Juan R. Sánchez, C.J.**                                                                September 13, 2022

AND NOW, this 13th day of September, 2022, Plaintiffs' request for withdrawal of deemed admissions (Document No. 28) is GRANTED pursuant to Federal Rule of Civil Procedure 36(b). As a result, Trans Union's Motion for Summary Judgment (Document No. 26) is DENIED. It is further ORDERED discovery is reopened with a deadline of November 14, 2022.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.